1   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    KEVIN D. RISING (SBN 211663)
2   FELIX LEBRON (SBN 232984)
    krising@akingump.com
3   flebron@akingump.com
    2029 Century Park East, Suite 2400
4   Los Angeles, CA 90067
    Telephone:   310-229-1000
5   Facsimile:   310-229-1001

6   Attorneys for Plaintiff
    Bagdasarian Productions, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10          WESTERN DIVISION - SPRING STREET COURTHOUSE

11

12   BAGDASARIAN PRODUCTIONS,          Case No. **CV10·10062** PSG(PZx)
     LLC,
13                                     **COMPLAINT FOR COPYRIGHT**
                    Plaintiff,         **INFRINGEMENT, BREACH OF**
14                                     **CONTRACT, AND ACCOUNTING**
          v.
15                                     **DEMAND FOR JURY TRIAL**
     EMI MUSIC NORTH AMERICA,
16   LLC; EMI RECORDED MUSIC;
     EMI MUSIC PUBLISHING; EMI
17   MUSIC MARKETING; and DOES 1-
     10
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

Plaintiff Bagdasarian Productions, LLC, ("Plaintiff") files this Complaint against Defendants EMI Music North America, LLC, EMI Recorded Music, EMI Music Publishing, and EMI Music Marketing (collectively "Defendants") and allege as follows:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and the laws of the State of California.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

2.     This Court has personal jurisdiction over all Defendants by virtue of their transacting, doing, and soliciting business in the State of California and this District. Defendants have entered into agreements with residents of this State and have availed themselves of the privilege of conducting activities in this State and District.

3.     Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to this action have occurred in this District.

## THE PARTIES

4.     Plaintiff Bagdasarian Productions, LLC ("Bagdasarian Productions") is a California limited liability company with its principal place of business in Montecito, California.  Among other things, Bagdasarian Productions is responsible for the creation and licensing of the characters *Alvin and the Chipmunks*.

5.     Defendant EMI Music North America, LLC is a Delaware corporation with its principal place of business in Jersey City, New Jersey.  EMI is a global music company that specializes in the signing, developing, and promotion of recording artists and their musical compositions.

1

6.     Defendant EMI Recorded Music is a Delaware corporation with its principal place of business in Jersey City, New Jersey.  EMI is a global music company that specializes in the signing, developing, and promotion of recording artists and their musical compositions.

7.     Defendant EMI Music Publishing is a Delaware corporation with its principal place of business in Santa Monica, California.  EMI Music Publishing is a global music company that specializes in publishing recording artists.

8.     Defendant EMI Music Marketing is a Delaware corporation with its principal place of business in Jersey City, New Jersey.  EMI Music Marketing is a global music company that specializes in the marketing of musical compositions and recording artists.

9.     The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 10 are unknown to Plaintiff, who, therefore sues them by such fictitious names.  At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly.  On information and belief, Plaintiff alleges that each of Does 1 through 10 was the agent, representative, or employee of the other Defendants and was acting at all times within the scope of his or her agency or representative capacity, and that with the knowledge and consent of the other Defendants, and that each of Does 1 through 10 are liable to Plaintiff in connection with one or more of the claims sued upon here and are responsible in some manner from the wrongful acts and conducts alleged here.

## BACKGROUND

10.     Ross Bagdasarian, Jr., owns and operates Bagdasarian Productions, a company that owns, licenses, and develops properties known as *Alvin and the Chipmunks*.

2

11.     *Alvin and the Chipmunks* is an animated musical group that consists of three singing chipmunks, Alvin, Simon, and Theodore.  Ross Bagdasarian, Sr., created *Alvin and the Chipmunks* in 1958.  Since their creation, *Alvin and the Chipmunks* have released numerous, highly successful musical compositions, albums, television shows, and movies.  *Alvin and the Chipmunks* have sold tens of millions of albums worldwide.

12.     Defendants have reproduced, distributed and sold various albums containing *Alvin and the Chipmunks* musical compositions for over 50 years.  Plaintiff and Defendants have entered into mechanical licensing agreements, which permit Defendants to reproduce, distribute and sell albums containing *Alvin and the Chipmunks* musical compositions.  The terms of the various mechanical license agreements are essentially the same.

13.     The principal terms of the mechanical license require Defendants to pay either $0.091 per musical composition reproduced or distributed whether or not sold, or $0.0175 per minute of playing time for each musical composition.  The license is limited to the specific musical compositions for a specific album identified on a schedule attached to the mechanical license.  A copy of a sample mechanical license agreement is attached as Exhibit 1.

14.     Plaintiff recently had an audit conducted of Defendants' records relating to Plaintiff's *Alvin and the Chipmunks* musical compositions.  The audit revealed that Defendants have failed to pay the appropriate amount of royalties to Plaintiff for the reproduction, distribution, and sales of *Alvin and the Chipmunks* musical compositions in breach of the terms of the mechanical license agreements.

15.     In addition, the audit revealed that Defendants have sold albums containing 26 *Alvin and the Chipmunk* musical compositions for which Defendants' had no mechanical license agreement with Plaintiff.

16.     Specifically, Defendants sold and continue to sell a box set containing 24 *Alvin and the Chipmunks* musical compositions titled *The Chipmunks Box Set*, Universal Product Code ("UPC") No. 5-0999-2-09074-2-6, for which Defendants did

3

1   not have a mechanical license agreement to reproduce, distribute, or sell the musical

2   compositions in the album *The Chipmunks Box Set*. The 24 musical compositions

3   include: America the Beautiful, Copyright Registration No. RE0000508390; August

4   Dear, Copyright Registration No. RE0000410802; Bicycle Built for Two, Copyright

5   Registration No. RE0000508425; Buffalo Gals, Copyright Registration No.

6   RE0000508382; Comin' Thru the Rye, Copyright Registration No. RE0000410801;

7   Down in the Valley, Copyright Registration No. RE0000508418; Funiculi, Funicula,

8   Copyright Registration No. RE0000508384; Git Along, Little Dogies, Copyright

9   Registration No. RE0000508416; I Wish I Could Speak French, Copyright Registration

10   No. RE0000410804; Japanese Banana, Copyright Registration No. RE0000410805;

11   Lily of Laguna, Copyright Registration No. RE0000410800; My Wild Irish Rose,

12   Copyright Registration No. RE0000508392; Oh Gondaliero, Copyright Registration

13   No. RE0000410798; On Top of Old Smokey, Copyright Registration No.

14   RE0000508389; Polly Wolly Doodle, Copyright Registration No. RE0000508417;

15   Spain, Copyright Registration No. RE0000410797; Stuck in Arabia, Copyright

16   Registration No. RE0000410806; The Alvin Twist, Copyright Registration No.

17   RE0000508422; The Band Played On, Copyright Registration No. RE0000508426; The

18   Brave Chipmunks, Copyright Registration No. RE0000410803; The Magic Mountain,

19   Copyright Registration No. RE0000410799; Man on the Flying Trapeze, Copyright

20   Registration No. RE0000508415; Twinkle, Twinkle, Little Star, Copyright Registration

21   No. RE0000508424; and While Strolling in the Park One Day, Copyright Registration

22   No. RE0000508402. Copies of the copyright registration information for these 24

23   musical compositions are attached as Exhibits 2-25 respectively.

24        17.    Defendants also sold and continue to sell an album titled *Christmas with*

25   *The Chipmunks Volume 1*, UPC No. 0-0777-7-56718-2-7, which contained the musical

26   composition We Wish You A Merry Christmas, Copyright Registration No.

27   RE0000508397. Defendants did not have a mechanical license agreement with

28   Plaintiff to reproduce, distribute, or sell We Wish You a Merry Christmas in the album

*Christmas with The Chipmunks Volume 1*. A copy of the copyright registration information for We Wish You a Merry Christmas is attached as Exhibit 26.

18.     Finally, Defendants sold and continue to sell a different album titled *Christmas with The Chipmunks*, UPC No. 5-0999-5-02357-2-8, which contained the musical composition Deck the Halls, Copyright Registration No. RE0000591097. Defendants did not have a mechanical license agreement with Plaintiff to reproduce, distribute, or sell Deck the Halls in the album *Christmas with The Chipmunks*. A copy of the copyright registration information for Deck the Halls is attached as Exhibit 27.

19.     Plaintiff is the creator and copyright holder of the above-referenced 26 musical compositions, and has been and still is the sole proprietor of all rights, title, and interest in and to the copyrights of these musical compositions.

20.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of the above-referenced musical compositions.

21.     As a result of Defendants' wrongful conduct, Plaintiff has been deprived of the benefits of its copyrighted works and has lost and will continue to lose substantial revenues from the sale, licensing and distribution of Plaintiff's copyrighted works.

22.     In addition, Defendants have been unjustly enriched by reaping the benefits of the sales of Plaintiff's copyrighted works without providing the appropriate compensation to Plaintiff.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "America the Beautiful")

23.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

24.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition America the Beautiful.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

25. Plaintiff has registered its copyrights in America the Beautiful with the United States Copyright Office.

26. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

27. Defendants have infringed Plaintiff's copyright in America the Beautiful by reproducing, distributing, and selling albums containing the musical composition America the Beautiful.

28. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

29. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

30. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

31. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "August Dear")

32. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

33. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition August Dear.

34. Plaintiff has registered its copyrights in August Dear with the United States Copyright Office.

35. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

6

36.     Defendants have infringed Plaintiff's copyright in August Dear by reproducing, distributing, and selling albums containing the musical composition August Dear.

37.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

38.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

39.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

40.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## THIRD CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Bicycle Built For Two")

41.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

42.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Bicycle Built for Two.

43.     Plaintiff has registered its copyrights in Bicycle Built for Two with the United States Copyright Office.

44.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

45.     Defendants have infringed Plaintiff's copyright in Bicycle Built for Two by reproducing, distributing, and selling albums containing the musical composition Bicycle Built for Two.

7

46.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

47.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

48.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

49.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## FOURTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Buffalo Gals")

50.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

51.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Buffalo Gals.

52.     Plaintiff has registered its copyrights in Buffalo Gals with the United States Copyright Office.

53.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

54.     Defendants have infringed Plaintiff's copyright in Buffalo Gals by reproducing, distributing, and selling albums containing the musical composition Buffalo Gals.

55.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

56.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

57.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

58.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## FIFTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Comin' Thru the Rye")

59.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

60.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Comin' Thru the Rye.

61.     Plaintiff has registered its copyrights in Comin' Thru the Rye with the United States Copyright Office.

62.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

63.     Defendants have infringed Plaintiff's copyright in Comin' Thru the Rye by reproducing, distributing, and selling albums containing the musical composition Comin' Thru the Rye.

64.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

65.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

9

66.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

67.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SIXTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Down in the Valley")

68.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

69.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Down in the Valley.

70.     Plaintiff has registered its copyrights in Down in the Valley with the United States Copyright Office.

71.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

72.     Defendants have infringed Plaintiff's copyright in Down in the Valley by reproducing, distributing, and selling albums containing the musical composition Down in the Valley.

73.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

74.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

75.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING

200321854 v1

76.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SEVENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Funiculi, Funicula")

77.     Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

78.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Funiculi, Funicula.

79.     Plaintiff has registered its copyrights in Funiculi, Funicula with the United States Copyright Office.

80.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

81.     Defendants have infringed Plaintiff's copyright in Funiculi, Funicula by reproducing, distributing, and selling albums containing the musical composition Funiculi, Funicula.

82.     Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

83.     As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

84.     Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

85.     Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

## EIGHTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Git Along, Little Dogies")

86. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

87. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Git Along, Little Dogies.

88. Plaintiff has registered its copyrights in Git Along, Little Dogies with the United States Copyright Office.

89. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

90. Defendants have infringed Plaintiff's copyright in Git Along, Little Dogies by reproducing, distributing, and selling albums containing the musical composition Git Along, Little Dogies.

91. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

92. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

93. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

94. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## NINTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "I Wish I Could Speak French")

95. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

12

96.     Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition I Wish I Could Speak French.

97.     Plaintiff has registered its copyrights in I Wish I Could Speak French with the United States Copyright Office.

98.     Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

99.     Defendants have infringed Plaintiff's copyright in I Wish I Could Speak French by reproducing, distributing, and selling albums containing the musical composition I Wish I Could Speak French.

100.    Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

101.    As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

102.    Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

103.    Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Japanese Banana")

104.    Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

105.    Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Japanese Banana.

106.    Plaintiff has registered its copyrights in Japanese Banana with the United States Copyright Office.

13

107.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

108.   Defendants have infringed Plaintiff's copyright in Japanese Banana by reproducing, distributing, and selling albums containing the musical composition Japanese Banana.

109.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

110.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

111.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

112.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## ELEVENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Lily of Laguna")

113.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

114.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Lily of Laguna.

115.   Plaintiff has registered its copyrights in Lily of Laguna with the United States Copyright Office.

116.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

14

117. Defendants have infringed Plaintiff's copyright in Lily of Laguna by reproducing, distributing, and selling albums containing the musical composition Lily of Laguna.

118. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

119. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

120. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

121. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWELFTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "My Wild Irish Rose")

122. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

123. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition My Wild Irish Rose.

124. Plaintiff has registered its copyrights in My Wild Irish Rose with the United States Copyright Office.

125. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

126. Defendants have infringed Plaintiff's copyright in My Wild Irish Rose by reproducing, distributing, and selling albums containing the musical composition My Wild Irish Rose.

15

127. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

128. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

129. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

130. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## THIRTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Oh Gondaliero")

131. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

132. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Oh Gondaliero.

133. Plaintiff has registered its copyrights in Oh Gondaliero with the United States Copyright Office.

134. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

135. Defendants have infringed Plaintiff's copyright in Oh Gondaliero by reproducing, distributing, and selling albums containing the musical composition Oh Gondaliero.

136. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

137. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

138. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

139. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## FOURTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "On Top of Old Smokey")

140. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

141. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition On Top of Old Smokey.

142. Plaintiff has registered its copyrights in On Top of Old Smokey with the United States Copyright Office.

143. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

144. Defendants have infringed Plaintiff's copyright in On Top of Old Smokey by reproducing, distributing, and selling albums containing the musical composition On Top of Old Smokey.

145. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

146. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

147. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

148. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## FIFTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Polly Wolly Doodle")

149. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

150. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Polly Wolly Doodle.

151. Plaintiff has registered its copyrights in Polly Wolly Doodle with the United States Copyright Office.

152. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

153. Defendants have infringed Plaintiff's copyright in Polly Wolly Doodle by reproducing, distributing, and selling albums containing the musical composition Polly Wolly Doodle.

154. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

155. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

156. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

18

157. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## SIXTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Spain")

158. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

159. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Spain.

160. Plaintiff has registered its copyrights in Spain with the United States Copyright Office.

161. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

162. Defendants have infringed Plaintiff's copyright in Spain by reproducing, distributing, and selling albums containing the musical composition Spain.

163. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

164. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

165. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

166. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19

200321854 v1

## SEVENTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Stuck in Arabia")

167.  Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

168.  Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Stuck in Arabia.

169.  Plaintiff has registered its copyrights in Stuck in Arabia with the United States Copyright Office.

170.  Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

171.  Defendants have infringed Plaintiff's copyright in Stuck in Arabia by reproducing, distributing, and selling albums containing the musical composition Stuck in Arabia.

172.  Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

173.  As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

174.  Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

175.  Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## EIGHTEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "The Alvin Twist")

176.  Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

20

177. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition The Alvin Twist.

178. Plaintiff has registered its copyrights in The Alvin Twist with the United States Copyright Office.

179. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

180. Defendants have infringed Plaintiff's copyright in The Alvin Twist by reproducing, distributing, and selling albums containing the musical composition The Alvin Twist.

181. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

182. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

183. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

184. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## NINETEENTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "The Band Played On")

185. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

186. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition The Band Played On.

187. Plaintiff has registered its copyrights in The Band Played On with the United States Copyright Office.

21

188.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

189.   Defendants have infringed Plaintiff's copyright in The Band Played On by reproducing, distributing, and selling albums containing the musical composition The Band Played On.

190.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

191.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

192.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

193.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTIETH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "The Brave Chipmunks")

194.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

195.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition The Brave Chipmunks.

196.   Plaintiff has registered its copyrights in The Brave Chipmunks with the United States Copyright Office.

197.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

22

198. Defendants have infringed Plaintiff's copyright in The Brave Chipmunks by reproducing, distributing, and selling albums containing the musical composition The Brave Chipmunks.

199. Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

200. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

201. Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

202. Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-FIRST CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "The Magic Mountain")

203. Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

204. Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition The Magic Mountain.

205. Plaintiff has registered its copyrights in The Magic Mountain with the United States Copyright Office.

206. Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

207. Defendants have infringed Plaintiff's copyright in The Magic Mountain by reproducing, distributing, and selling albums containing the musical composition The Magic Mountain.

23

208.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

209.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

210.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

211.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-SECOND CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Man on the Flying Trapeze")

212.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

213.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Man on the Flying Trapeze.

214.   Plaintiff has registered its copyrights in Man on the Flying Trapeze with the United States Copyright Office.

215.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

216.   Defendants have infringed Plaintiff's copyright in Man on the Flying Trapeze by reproducing, distributing, and selling albums containing the musical composition Man on the Flying Trapeze.

217.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

218.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

219.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

220.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-THIRD CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Twinkle, Twinkle, Little Star")

221.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

222.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Twinkle, Twinkle, Little Star.

223.   Plaintiff has registered its copyrights in Twinkle, Twinkle, Little Star with the United States Copyright Office.

224.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

225.   Defendants have infringed Plaintiff's copyright in Twinkle, Twinkle, Little Star by reproducing, distributing, and selling albums containing the musical composition Twinkle, Twinkle, Little Star.

226.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

227.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

228.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

229.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-FOURTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "While Strolling in the Park One Day")

230.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

231.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition While Strolling in the Park One Day.

232.   Plaintiff has registered its copyrights in While Strolling in the Park One Day with the United States Copyright Office.

233.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

234.   Defendants have infringed Plaintiff's copyright in While Strolling in the Park One Day by reproducing, distributing, and selling albums containing the musical composition While Strolling in the Park One Day.

235.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

236.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

237.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

238.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-FIFTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "We Wish You a Merry Christmas")

239.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

240.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition We Wish You a Merry Christmas.

241.   Plaintiff has registered its copyrights in We Wish You a Merry Christmas with the United States Copyright Office.

242.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

243.   Defendants have infringed Plaintiff's copyright in We Wish You a Merry Christmas by reproducing, distributing, and selling albums containing the musical composition We Wish You a Merry Christmas.

244.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

245.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

246.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

247.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

## TWENTY-SIXTH CLAIM FOR RELIEF

### (Copyright Infringement of the Work Entitled "Deck the Halls")

248.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

249.   Plaintiff owns a valid copyright in the *Alvin and the Chipmunks* musical composition Deck the Halls.

250.   Plaintiff has registered its copyrights in Deck the Halls with the United States Copyright Office.

251.   Plaintiff has complied in all respects with 17 U.S.C. §§ 101 *et seq.* and all laws pertinent to its copyrighted work.

252.   Defendants have infringed Plaintiff's copyright in Deck the Halls by reproducing, distributing, and selling albums containing the musical composition Deck the Halls.

253.   Defendants' infringement of Plaintiff's copyright has been and continues to be intentional, willful, and with full knowledge of Plaintiff's copyright.

254.   As a direct and proximate result of Defendants' conduct, Plaintiff is entitled to actual damages attributable to Defendants' infringement pursuant to 17 U.S.C. § 504(b).

255.   Alternatively, Plaintiff is entitled to the maximum amount of statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

256.   Plaintiff is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## TWENTY-SEVENTH CLAIM FOR RELIEF

### (Breach of Contract)

257.   Plaintiff incorporates by reference paragraphs 1 through 22 inclusive.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

258. Plaintiff and Defendants have an agreement whereby Defendants have agreed to pay either $0.091 per *Alvin and the Chipmunks* musical composition reproduced or distributed whether or not sold, or $0.0175 per minute of playing time for each musical composition.

259. Defendants have breached this agreement by failing to pay the proper licensing fees and royalties to Plaintiff for the reproduction, distribution, and sale of Plaintiff's musical compositions.

260. Plaintiff has fully performed under the terms of the agreement with Defendants.

261. Each violation of the agreement constitutes, individually and collectively, a material breach in the terms of the agreement.

262. As a result of said breaches, Plaintiff has been harmed in an amount of damages to be determined at trial.

## TWENTY-EIGHTH CLAIM FOR RELIEF

### (Accounting)

263. Plaintiff incorporates by reference paragraphs 1 through 262 inclusive.

264. Defendants have reproduced, distributed, and sold albums containing Plaintiff's copyrighted works in *Alvin and the Chipmunks* musical compositions.

265. Plaintiff, as the owner of the copyrighted works, is entitled to a full and proper accounting concerning the revenues and sales of Plaintiff's copyrighted works. The exact amount of the licensing fees can be determined only by an accounting.

266. Plaintiff has demanded an accounting, but Defendants have refused to account properly for its sales or pay Plaintiff the sums due to it on account of Defendants' sales.

29

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1) For statutory damages pursuant to 17 U.S.C. § 504(c)(1) and (2) for the willful infringement of the Plaintiff's copyrighted works, in an amount up to $150,000 per infringement; or, in the alternative, for its actual damages, including each respective Defendants' profits, in an amount to be proven at trial; and

2) For actual damages for breach of contract in an amount to be proven at trial;

3) For Plaintiff's reasonable attorneys' fees and costs; and

4) For such other relief as the Court deems just and proper.

Dated:  December 29, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP
KEVIN D. RISING
FELIX LEBRON

By_____
Felix Lebron
Attorneys for Plaintiff
Bagdasarian Productions, LLC

30

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING

200321854 v1

1

## **DEMAND FOR JURY TRIAL**

2
    Plaintiff hereby requests a trial by jury on all issues triable by jury.

3

4   Dated:  December 29, 2010          AKIN GUMP STRAUSS HAUER & FELD LLP
                                        KEVIN D. RISING
5                                       FELIX LEBRON

6                                       By_____
7                                              Felix Lebron
                                             Attorneys for Plaintiff
8                                       Bagdasarian Productions, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, AND ACCOUNTING
200321854 v1

# Exhibit 1

# Exhibit 1

## MECHANICAL LICENSE

### (Multiple Songs)

Bagdasarian Productions, LLC (referred to herein as the "Licensor" or "Publisher") hereby grants to EMI Music Marketing (referred to herein as the "Licensee") the non-exclusive license to reproduce, in whole or in part, the copyrighted musical compositions, the titles of which are set forth on the attached Exhibit A, written by Ross Bagdasarian, Sr. ("Writer") (hereinafter referred to as the "Compositions") in the recording, making and distribution of:

(Check appropriate lines:)

A. _____ Single: a non-visual "single" phonorecord in disc form;

B. _____ Album: a track on non-visual album phonorecord in disc form;

C. _____ Tape: a segment of a non-visual prerecorded tape phonorecord in reel to reel, cassette or cartridge form;

D. ___X___ C.D.: a track on non-visual album phonorecord on compact disc form;

E. ___X___ Digital Phonorecord Delivery (DPD): a digitally transmitted copy of all or part of a "single" phonorecord;

to be made and distributed solely in the United States, its territories and possessions, in accordance with the provisions of Section 115 of the Copyright Act of the United States of America of October 19, 1976, as amended (the "Act"), except it is agreed that: (1) Licensee need not serve or file the notice of intention to obtain a compulsory license required under the Act; (2) the accountings and payment of the royalty herein provided for shall be made quarterly, on or before the fifteenth day of February, May, August and November for the quarters ending the last day of December, March, June and September, respectively; and (3) separately as to each licensed musical composition, a net royalty of NINE and ONE Tenth CENT ($.091) or ONE and SEVENTY FIVE HUNDREDTHS OF ONE CENT ($.0175) per minute of playing time or fraction thereof, whichever is greater, shall be payable by Licensee to Licensor on each phonorecord made and distributed, whether or not sold. If the compulsory license royalty under Section 115 of the Act is hereafter adjusted to provide for a copyright royalty rate in excess of NINE and ONE TENTH CENT ($.091) and/or ONE and SEVENTY FIVE HUNDREDTHS OF ONE CENT ($.0175) per

EXHIBIT 1- Page 32

minute of playing time or fraction thereof, then the rate(s) set forth above shall be deemed automatically increased (proportionately, if applicable) to conform to such higher rate(s) for all phonorecords distributed following the effective date of such adjustment. The term "phonorecord" shall have that meaning set forth in Section 101 of the Copyright Act. This license is limited to the particular recording and use of the Composition herein described and shall not include any other recording or form of recorded sound.

This license includes the privilege of making a musical arrangement of the Compositions to the extent necessary to conform them to the style or manner of interpretation of the performance involved, but the arrangement made (i) may not change the basic melody or fundamental character or the lyrics of the Compositions, and (ii) shall not be subject to protection under the Act by Licensee as a derivative work.

Failure to render timely accountings or make timely payments to Licensor shall, if not cured by Licensee within thirty (30) days after written notice thereof from Licensor, constitute a material breach of this license entitling Licensor, in addition to its other remedies, to immediately terminate this license and all rights granted to Licensee hereunder. Such termination shall render either the making or the distribution, or both, of all phonorecords for which royalties have not been paid, actionable as acts of infringement under, and fully subject to, the remedies provided by the Act. A waiver of any breach hereunder shall not constitute a waiver of any succeeding breach, whether similar or dissimilar. Upon written request and during Licensee's regular business hours, Licensee agrees to make its books and records relating to the subject matter hereof available for audit by Licensor and Licensor shall have the right to make copies thereof. *Such audit shall not occur more than once per statement or once per year.*

Credit: In regard to all phonorecords manufactured, distributed and/or sold hereunder, licensee shall use its best efforts to include in the label or digital data copy of all such phonorecords, or on the permanent containers of all such phonorecords, printed or digitally encoded writer/publisher credit in the form of the names of the writer and the publisher of the copyrighted work.

This license is personal, non-sublicensable and non-assignable, except by Licensor. This license does not supersede nor affect any prior licenses or agreements now in force respecting

EXHIBIT 1 - Page 33

recordings of the Composition. This license shall be governed by and construed under the laws of the State of New York.

This compulsory license covers and is limited to one particular recording of said copyrighted work as performed by the artist and on the phonorecord number identified below; and this compulsory license does not supersede nor in any way affect any prior agreements now in effect respecting phonorecords of said copyrighted work.

THIS LICENSE IS NOT VALID UNLESS LICENSEE PROMPTLY DELIVERS TO LICENSOR A FREE COPY OF THE SINGLE, ALBUM, CD, DPD, AND/OR TAPE LICENSED HEREUNDER AND A COUNTERSIGNED COPY OF THIS LICENSE.

Dated: July 20, 2010

LICENSEE:                                    LICENSOR:

EMI MUSIC MARKETING                          BAGDASARIAN PRODUCTIONS, LLC

By: _____                      By: _____

| | |
|---|---|
| Release Date: | August 24, 2010 |
| Timing: | See Exhibit A |
| Selection Number: | 46087 |
| Album Title | Christmas With The Chipmunks (2010) |
| ISRC: | See Exhibit A |
| Recording Artist: | Alvin and The Chipmunks |

All payments to be made to Licensor hereunder shall be made to Licensor in care of:

Bagdasarian Productions, LLC
1192 E. Mountain Drive
Montecito, CA 93108

Tax ID# 77-0431244

EXHIBIT 1 - Page 34

# EXHIBIT A

**Selection Number**  46087          Christmas With The Chipmunks (2010)
**Publisher**          BAGDASARIAN PRODUCTIONS, LLC

**Song**
*Writer(s)*

| Artist | Timing | Share | ISRC |
|--------|--------|-------|------|
| The Chipmunk Song (Christmas Don't Be Late) *Ross Bagdasarian* Alvin and The Chipmunks | 2:21 | 100.00% | EMIDD1168373 |
| Jingle Bells *Traditional/Ross Bagdasarian* The Chipmunks with David Seville | 2:36 | 100.00% | EMIDD1168359 |
| Up On The House-Top *Ross Bagdasarian* Alvin And The Chipmunks | 1:32 | 100.00% | EMIDD1168362 |
| We Wish You A Merry Christmas *Traditional / Ross Bagdasarian* The Chipmunks with David Seville | 0:52 | 100.00% | EMIDD1168372 |
| Over The River And Through The Woods *Traditional / Ross Bagdasarian* The Chipmunks with David Seville | 1:56 | 100.00% | EMIDD1168358 |
| The Twelve Days Of Christmas *Traditional / Ross Bagdasarian* The Chipmunks with David Seville | 4:23 | 100.00% | EMIDD1168367 |
| Deck The Halls *Traditional / Ross Bagdasarian* The Chipmunks with David Seville | 2:19 | 100.00% | EMIDD1168368 |

EXHIBIT 1 - Page 35

# Exhibit 2

# Exhibit 2

United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508390
Search Results: Displaying 1 of 1 entries





*America the beautiful. By Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000508390 / 1990-12-26
Renewal registration for: EP0000166379 / 1962-04-23
**Title:** America the beautiful. By Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C)
**Basis of Claim:** New Matter: arr.
**Variant title:** America the beautiful
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
McCrea, Carol Bagdasarian
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) |
| Select Download Format [ Full Record ⇕ ] ( Format for Print/Save ) |
| Enter your email address: [                    ] ( Email ) |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 2 - Page 36

# Exhibit 3

**Exhibit 3**

Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410802
Search Results: Displaying 1 of 1 entries

 



*August dear. w & arr. Ross Bagdasarian.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410802 / 1988-12-29 |
| | Renewal registration for: EP0000146294 / 1960-10-25 |
| **Title:** | August dear. w & arr. Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: new words & arr. |
| **Variant title:** | August dear. |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | Bagdasarian, Carol |
| | Bagdasarian, Adam |

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⬍   ( Format for Print/Save ) |
| Enter your email address:                    ( Email ) |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 3 - Page 37

# Exhibit 4

# Exhibit 4

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508425
Search Results: Displaying 1 of 1 entries





### *Bicycle built for two. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508425 / 1990-12-26 |
| | Renewal registration for: EP0000165367 / 1962-05-08 |
| **Title:** | Bicycle built for two. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | Bicycle built for two |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |

| previous | next |

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼] (Format for Print/Save) |
| Enter your email address: [　　　　　　] (Email) |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 4 - Page 38

# Exhibit 5

# Exhibit 5

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508382
Search Results: Displaying 1 of 1 entries

 



*Buffalo gals. By Ross Bagdasarian.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508382 / 1990-12-26 |
| | Renewal registration for: EP0000165370 / 1962-05-08 |
| **Title:** | Buffalo gals. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | Buffalo gals |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |

 

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format [ Full Record ▼ ] ( Format for Print/Save ) | |
| Enter your email address: [ ] ( Email ) | |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT 5 - Page 39**

# Exhibit 6

**Exhibit 6**

Case 2:10-cv-10062-PSG-RZ   Document 1   Filed 12/29/10   Page 47 of 89   Page ID #:84



# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = EP0000146150
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

---

### *Comin' thru the rye. w & arr. Ross Bagdasarian.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410801 / 1988-12-29 |
| | Renewal registration for: EP0000146150 / 1960-10-26 |
| **Title:** | Comin' thru the rye. w & arr. Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. with words. |
| **Variant title:** | Comin' thru the rye. |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | Bagdasarian, Carol |
| | Bagdasarian, Adam |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  ·  [ Format for Print/Save ] |
| Enter your email address:  [ Email ] |

---

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Exhibit 7

# Exhibit 7

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508418
Search Results: Displaying 1 of 1 entries





***Down in the valley. By Ross Bagdasarian.***

**Type of Work:** Music
**Registration Number / Date:** RE0000508418 / 1990-12-26
Renewal registration for: EU0000710943 / 1962-03-15
**Title:** Down in the valley. By Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C)
**Basis of Claim:** New Matter: musical arr. & new lyrics.
**Variant title:** Down in the valley
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
McCrea, Carol Bagdasarian
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ⇕] | ( Format for Print/Save ) |
| Enter your email address: [ ] | ( Email ) |

EXHIBIT 7 - Page 41

# Exhibit 8

# Exhibit 8

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508384
Search Results: Displaying 1 of 1 entries

 



*Funiculi, funicula. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508384 / 1990-12-26 |
| | Renewal registration for: EP0000165369 / 1962-05-08 |
| **Title:** | Funiculi, funicula. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | Funiculi, funicula |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |

| **Save, Print and Email (Help Page)** |
| Select Download Format [Full Record ▼]  (Format for Print/Save) |
| Enter your email address: [            ]  (Email) |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT 8 - Page 42**

**Exhibit 9**

**Exhibit 9**

Case 2:10-cv-09062-PSG-RZ   Document 1   Filed 12/29/10   Page 53 of 89   Page ID #:70

# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508416
Search Results: Displaying 1 of 1 entries



Labeled View

*Git along, little dogies. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508416 / 1990-12-26 |
|  | Renewal registration for: EU0000710941 / 1962-03-15 |
| **Title:** | Git along, little dogies. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: musical arr. & new lyrics. |
| **Variant title:** | Git along, little dogies |
| **Names:** | Bagdasarian, Ross |
|  | Bagdasarian, Armen |
|  | Bagdasarian, Ross |
|  | McCrea, Carol Bagdasarian |
|  | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Exhibit 10

# Exhibit 10

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410804
Search Results: Displaying 1 of 1 entries



---



*I wish I could speak French. w & m Ross Bagdasarian.*

**Type of Work:** Music

**Registration Number / Date:** RE0000410804 / 1988-12-29

Renewal registration for: EP0000146296 / 1960-10-25

**Title:** I wish I could speak French. w & m Ross Bagdasarian.

**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C)

**Variant title:** I wish I could speak French.

**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
Bagdasarian, Carol
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ▼ ] ( Format for Print/Save ) |
| Enter your email address: [                    ] ( Email ) |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT 10 - Page 44**

**Exhibit 11**

**Exhibit 11**

Copyright
United States Copyright

Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410805
Search Results: Displaying 1 of 1 entries

 previous   next ▶



*Japanese banana. w & m Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410805 / 1988-12-29 |
| | Renewal registration for: EP0000146297 / 1960-10-25 |
| **Title:** | Japanese banana. w & m Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Variant title:** | Japanese banana. |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | Bagdasarian, Carol |
| | Bagdasarian, Adam |

 previous   next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ⬍ ]  ( Format for Print/Save ) |
| Enter your email address: [                    ]  ( Email ) |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 11 - Page 45

# Exhibit 12

# Exhibit 12

Copyright
United States Copyright

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410800
Search Results: Displaying 1 of 1 entries





***Lily of Laguna. w & m Ross Bagdasarian.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410800 / 1988-12-29 |
|  | Renewal registration for: EP0000146149 / 1960-10-26 |
| **Title:** | Lily of Laguna. w & m Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: new words & music adaptation. |
| **Variant title:** | Lily of Laguna. |
| **Names:** | Bagdasarian, Ross |
|  | Bagdasarian, Armen |
|  | Bagdasarian, Ross |
|  | Bagdasarian, Carol |
|  | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▼] (Format for Print/Save) |
| Enter your email address: [                    ] (Email) |

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 12 - Page 46

# Exhibit 13

# Exhibit 13

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508392
Search Results: Displaying 1 of 1 entries





### *My wild Irish rose. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508392 / 1990-12-26 |
| | Renewal registration for: EP0000166380 / 1962-04-23 |
| **Title:** | My wild Irish rose. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | My wild Irish rose |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format (Full Record) ⇕  (Format for Print/Save) |
| Enter your email address: [                    ]  (Email) |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 13 - Page 47

# Exhibit 14

# Exhibit 14

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410798
Search Results: Displaying 1 of 1 entries

 

Labeled View

*Oh gondaliero. w & arr. Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000410798 / 1988-12-29
Renewal registration for: EP0000145940 / 1960-10-26
**Title:** Oh gondaliero. w & arr. Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C)
**Basis of Claim:** New Matter: words & arr.
**Variant title:** Oh gondaliero.
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
Bagdasarian, Carol
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ⬍ ] ( Format for Print/Save ) |
| Enter your email address: [ ] ( Email ) |

| Help | Search | History | Titles | Start Over |

# Exhibit 15

# Exhibit 15

# Copyright

Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508389
Search Results: Displaying 1 of 1 entries





*On top of old Smokey. By Ross Bagdasarian.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508389 / 1990-12-26 |
| | Renewal registration for: EP0000166307 / 1962-05-08 |
| **Title:** | On top of old Smokey. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr., additional words & music. |
| **Variant title:** | On top of old Smokey |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  (Format for Print/Save) |
| Enter your email address: [            ]  (Email) |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 15 - Page 49

# Exhibit 16

# Exhibit 16

Help     Search     History     Titles     Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508417
Search Results: Displaying 1 of 1 entries





*Polly wolly doodle. By Ross Bagdasarian.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508417 / 1990-12-26 |
| | Renewal registration for: EU0000710942 / 1962-03-15 |
| **Title:** | Polly wolly doodle. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: musical arr. & new lyrics. |
| **Variant title:** | Polly wolly doodle |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾   ( Format for Print/Save ) |
| Enter your email address: [_____]   ( Email ) |

Help     Search     History     Titles     Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 16 - Page 50

# Exhibit 17

# Exhibit 17

# Copyright

Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410797
Search Results: Displaying 1 of 1 entries

 



### *Spain. m Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410797 / 1988-12-29 |
|  | Renewal registration for: EP0000145939 / 1960-10-26 |
| **Title:** | Spain. m Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Variant title:** | Spain. |
| **Names:** | Bagdasarian, Ross |
|  | Bagdasarian, Armen |
|  | Bagdasarian, Ross |
|  | Bagdasarian, Carol |
|  | Bagdasarian, Adam |

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ⬍ ] ( Format for Print/Save ) |
| Enter your email address: [ ] ( Email ) |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 17 - Page 51

# Exhibit 18

# Exhibit 18

**Copyright** United States Copyright

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410806
Search Results: Displaying 1 of 1 entries





*Stuck in Arabia. w & m Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000410806 / 1988-12-29
Renewal registration for: EP0000146298 / 1960-10-25
**Title:** Stuck in Arabia. w & m Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C)
**Variant title:** Stuck in Arabia.
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
Bagdasarian, Carol
Bagdasarian, Adam

| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format [ Full Record ◆ ] ( Format for Print/Save ) |
| Enter your email address: [ ] ( Email ) |

Help    Search    History    Titles    Start Over

EXHIBIT 18 - Page 52

# Exhibit 19

# Exhibit 19

**Copyright**
United States Copyright

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508422
Search Results: Displaying 1 of 1 entries



---

Expand View

*The Alvin twist. w & m Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000508422 / 1990-12-26
Renewal registration for: EP0000160318 / 1962-02-02
**Title:** The Alvin twist. w & m Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C)
**Variant title:** The Alvin twist
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
McCrea, Carol Bagdasarian
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) |
| Select Download Format [ Full Record ▲▼ ] ( Format for Print/Save ) |
| Enter your email address: [                    ] ( Email ) |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 19 - Page 53

# Exhibit 20

# Exhibit 20

# Copyright
United States Copyright

**Help   Search   History   Titles   Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508426
Search Results: Displaying 1 of 1 entries



---

Labeled View

*The Band played on. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508426 / 1990-12-26 |
| | Renewal registration for: EP0000165368 / 1962-05-08 |
| **Title:** | The Band played on. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: musical arr. & added lyrics. |
| **Variant title:** | The Band played on |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  (Format for Print/Save) |
| Enter your email address: [                    ] (Email) |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 20 - Page 54

# Exhibit 21

# Exhibit 21

Case 2:10-cv-10821-DSF-RZ Document 1 Filed 12/20/10 Page 77 of 89 Page ID #:94

# Copyright

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410803
Search Results: Displaying 1 of 1 entries



*The Brave chipmunks. w & m Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000410803 / 1988-12-29
Renewal registration for: EP0000146295 / 1960-10-25
**Title:** The Brave chipmunks. w & m Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C)
**Variant title:** The Brave chipmunks.
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
Bagdasarian, Carol
Bagdasarian, Adam



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾] (Format for Print/Save) |
| Enter your email address: [＿＿＿＿＿] (Email) |

Help  Search  History  Titles  Start Over

EXHIBIT 21 - Page 55

# Exhibit 22

# Exhibit 22

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000410799
Search Results: Displaying 1 of 1 entries





***The Magic mountain. w & m Ross Bagdasarian.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000410799 / 1988-12-29 |
| | Renewal registration for: EP0000145941 / 1960-10-26 |
| **Title:** | The Magic mountain. w & m Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Variant title:** | The Magic mountain. |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | Bagdasarian, Carol |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT 22 - Page 56**

# Exhibit 23

# Exhibit 23

Case 2:10-cv-10663-PSG-RZ   Document 1   Filed 12/20/10   Page 81 of 89   Page ID #:98

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508415
Search Results: Displaying 1 of 1 entries





*Man on the flying trapeze. By Ross Bagdasarian.*

|   |   |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508415 / 1990-12-26 |
|  | Renewal registration for: EU0000706323 / 1962-02-09 |
| **Title:** | Man on the flying trapeze. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: musical arr. |
| **Variant title:** | Man on the flying trapeze |
| **Names:** | Bagdasarian, Ross |
|  | Bagdasarian, Armen |
|  | Bagdasarian, Ross |
|  | McCrea, Carol Bagdasarian |
|  | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ⬍ ] ( Format for Print/Save ) |
| Enter your email address: [                    ] ( Email ) |

---

Help   Search   History   Titles   Start Over

---

# Exhibit 24

# Exhibit 24





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508424
Search Results: Displaying 1 of 1 entries



**_Twinkle, twinkle, little star. By Ross Bagdasarian._**

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508424 / 1990-12-26 |
| | Renewal registration for: EP0000165366 / 1962-05-08 |
| **Title:** | Twinkle, twinkle, little star. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | Twinkle, twinkle, little star |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |

---

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ⬍  Format for Print/Save |
| Enter your email address: | [              ]  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 24 - Page 58

# Exhibit 25

# Exhibit 25

**Copyright** United States Copyright



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508402
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*While strolling in the park one day. Dialogue: Ross Bagdasarian.*

| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | RE0000508402 / 1990-12-26 |
| | Renewal registration for: DU0000056015 / 1962-06-14 |
| **Title:** | While strolling in the park one day. Dialogue: Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Variant title:** | While strolling in the park one day |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



---

| **Save, Print and Email (Help Page)** |
| Select Download Format `Full Record` `Format for Print/Save` |
| Enter your email address: `                    ` `Email` |

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 25 - Page 59

# Exhibit 26

# Exhibit 26

**United States Copyright**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000508397
Search Results: Displaying 1 of 1 entries





*We with you a merry Christmas. By Ross Bagdasarian.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000508397 / 1990-12-26 |
| | Renewal registration for: EP0000168587 / 1962-10-03 |
| **Title:** | We with you a merry Christmas. By Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea, Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: arr. |
| **Variant title:** | We with you a merry Christmas |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | McCrea, Carol Bagdasarian |
| | Bagdasarian, Adam |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ▼ ] ( Format for Print/Save ) |
| Enter your email address: [                    ] ( Email ) |

| Help | Search | History | Titles | Start Over |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 26 - Page 60

# Exhibit 27

# Exhibit 27

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = EP0000182891
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



### *Deck the hall. Arr. Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000591097 / 1991-12-24
Renewal registration for: EP0000182891 / 1963-10-24
**Title:** Deck the hall. Arr. Ross Bagdasarian.
**Copyright Claimant:** Ross Bagdasarian, Carol Bagdasarian McCrea & Adam Bagdasarian (C)
**Basis of Claim:** New Matter: 5 measures of counter melody and several measures of melodic embellishment.
**Copyright Note:** C.O. correspondence.
**Variant title:** Deck the hall
**Names:** Bagdasarian, Ross
Bagdasarian, Ross
McCrea, Carol Bagdasarian
Bagdasarian, Adam

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format  Full Record    ·    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page