**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

| Case No.: | CV 10-10062-PSG (RZx) | Date: | November 4, 2011 |
|---|---|---|---|
| Title: | Bagdasarian Productions, LLC v. EMI Music North America, LLC et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

| Proceedings (In Chambers): | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
|---|---|

IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before **November 14, 2011** why this action should not be dismissed for failure to prosecute.

The Court will also consider the electronic filing of a stipulated dismissal on or before the above date as an appropriate response to this Order to Show Cause.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.  Counsel are advised that failure to respond to this Order to Show Cause on or before the above date, may result in the dismissal of the entire action.

|  | ---- | : | ---- |
|---|---|---|---|
| Initials of Preparer | | wkh | |